1

2

3

4

5

6

7

8            **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10

11    MICHAEL KELVIN ARINWINE,          )    NO. ED CV 14-156-CJC (AS)
                                         )
12                  Petitioner,          )
                                         )    **ORDER OF DISMISSAL**
13            v.                         )
                                         )
14    E VALENZUELA, Warden,              )
                                         )
15                  Respondent.          )
                                         )
16    _____ )

17

18        On January 27, 2014, Petitioner filed a Petition for Writ of

19    Habeas Corpus by a Person in State Custody, pursuant to 28 U.S.C.

20    § 2254 ("Petition") (Docket Entry No. 1).

21

22        The Petition appears to challenge Petitioner's October 12,

23    2000 convictions for first degree murder, in violation of

24    California Penal Code ("P.C.") § 187 (count 1), and willful,

25    premeditated and deliberate attempted murder, in violation of P.C.

26    §§ 664/187 (count 2).    The jury also found that Petitioner

27    discharged a firearm causing great bodily harm or death within the

28    meaning of P.C. §§ 12022.53(d) and 1192.7(c)(8).    Petitioner was

1    sentenced to concurrent prison terms of 50 years-to-life on count

2    1, and life with the possibility of parole on count 2.

3

4        Petitioner did not identify any prior federal habeas petition

5    in response to question 12 of the form Petition, but in response to

6    question 8 of the form Petition, Petitioner appears to reference

7    the decision of a prior federal habeas petition that was dismissed

8    by this Court following a consideration of the merits.    See

9    Arinwine v. Kirkland, Case No. ED CV 04-1406-CJC (RC).    Thus, the

10   instant Petition is Petitioner's second or successive attempt to

11   seek federal habeas review of the convictions he sustained in

12   October 2000.

13

14       The Court must dismiss the present Petition in accordance with

15   28 U.S.C. § 2244(b) (as amended by the "Antiterrorism and Effective

16   Death Penalty Act of 1996").    Section 2244(b) requires that a

17   petitioner seeking to file a "second or successive" habeas petition

18   first obtain authorization from the court of appeals.    See Burton

19   v. Stewart, 549 U.S. 147, 157 (2007) (where petitioner did not

20   receive authorization from Court of Appeal before filing second or

21   successive petition, "the District Court was without jurisdiction

22   to entertain [the petition]"); Barapind v. Reno, 225 F.3d 1100,

23   1111 (9th Cir. 2000) ("the prior-appellate-review mechanism set

24   forth in § 2244(b) requires the permission of the court of appeals

25   before 'a second or successive habeas application under § 2254' may

26   be commenced").    A petition need not be repetitive to be "second or

27   successive," within the meaning of 28 U.S.C. § 2244(b).    See, e.g.,

28   Thompson v. Calderon, 151 F.3d 918, 920-21 (9th Cir. 1998); Calbert

1  v. Marshall, 2008 WL 649798, at *2-4 (C.D. Cal. Mar. 6, 2008).

2

3      To date, the Ninth Circuit has not granted permission to

4  Petitioner to file a second or successive petition, collaterally

5  attacking his convictions from October 2000.  Because Petitioner

6  did not obtain authorization from the Ninth Circuit before filing

7  the instant Petition, this Court cannot entertain the present

8  Petition.  See Burton, 549 U.S. at 157.

9

10     For all of the foregoing reasons, the Petition is denied and

11 dismissed without prejudice.

12

13     LET JUDGMENT BE ENTERED ACCORDINGLY.

14

15     DATED: February 24, 2014.

16

17

18     _____

19     CORMAC J. CARNEY
       UNITED STATES DISTRICT JUDGE

20

21

22 PRESENTED this 24th day of
   February 2014, by:

23

24

       _____/S/_____
25 ALKA SAGAR
   UNITED STATES MAGISTRATE JUDGE

26

27

28