JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MICHAEL KELVIN ARINWINE, | ) | NO. ED CV 14-156-CJC (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| E. VALENZUELA, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order of Dismissal, IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: February 24, 2014

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE